UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID ALONZO WRIGHT,

        Petitioner,

-vs-                              Case No. 8:03-cv-1698-T-17EAJ

JAMES V. CROSBY, JR.,

        Respondent.

_____

**ORDER**

This Court denied Petitioner David Alonzo Wright (Wright's) 28 U.S.C. § 2254 petition for writ of habeas corpus. Wright has filed a Notice of Appeal and an application for certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner Wright has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Wright's application for certificate of appealability (Doc. No. 17) is denied.

ORDERED in Tampa, Florida, on October 5, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record

David Alonzo Wright